# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of January, two thousand and fifteen.

_____

Chester Horn, *et al.*,
    Plaintiffs-Appellees,

    v.

City of Yonkers Police Officer Roy Pilot, *et al.*,
    Defendants-Cross-Claimants-Appellants,

New York State Trooper Richard O'Brien, *et al.*,
    Defendants-Cross-Defendants.

**ORDER**
Docket No. 14-3833

_____

By notice dated December 22, 2014, this appeal was stayed pending the district court's decision of a motion listed in Federal Rule of Appellate Procedure 4(a)(4). The district court having rendered a decision on that motion,

IT IS HEREBY ORDERED that the stay of this appeal is lifted. Appellants' opening brief is now due by February 6, 2015.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

